O
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARMEN MATEVOSYAN, <br>       Plaintiff, <br> v. <br> CAROLYN W. COLVIN, <br> COMMISSIONER OF SOCIAL <br> SECURITY ADMINISTRATION, <br>       Defendant. | Case No. LA CV 14-8397 JCG <br><br> **JUDGMENT** |

IT IS ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**.

DATED: July 7, 2015

_____

Hon. Jay C. Gandhi
United States Magistrate Judge